UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

JOHN ALLEN HESSMER,

    Plaintiff,

VS.                                    NO. 1:04-CV-1128-T

VIRGINIA LEWIS,

    Defendant(s).


[X] DECISION BY THE COURT. This action came to consideration before the Court; the issues having been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled matter on August 16, 2005, this action is hereby DISMISSED; if is further CERTIFIED that any appeal by plaintiff is not taken in good faith.

APPROVED:

*/s/ James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


THOMAS M. GOULD, CLERK

BY: _____
      DEPUTY CLERK


This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 08-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:04-CV-01128 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

John Allen Hessmer
STSRCF-PIKEVILLE
314971
Route 4, Box 600
Pikeville, TN 37367

Honorable James Todd
US DISTRICT COURT